# EXHIBIT A

CORPORATE LITIGATION
HARTFORD

NOV 1 2 2015

RECEIVED AM

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------x

NEUROLOGICAL SURGERY, P.C., and
WILLIAM J. SONSTEIN, M.D.,

                Plaintiffs,

-against-

TRAVELERS COMPANY,

                Defendant.
------------------------------------x

**SUMMONS WITH NOTICE**

Index No. 606997/2015

Date of Purchase: 10/29/15

**TO THE ABOVE-NAMED DEFENDANT:**

    **YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiffs Neurological Surgery, P.C., and William J. Sonstein, M.D. ("Plaintiffs") attorneys, at their address stated below, a notice of appearance or demand for a complaint. If this summons was personally served upon you in the State of New York, the notice of appearance or demand for a complaint must be served within twenty (20) days after such service of the summons, excluding the date of service. If the summons was not personally delivered to you within the State of New York, the notice of appearance or demand for a complaint must be served within thirty (30) days after service of the summons is complete as provided by law.

    **PLEASE TAKE NOTICE** that the nature of this action is for Defendant's violations of the Employee Retirement Income Security Act, breach of contract, breach of implied-in-fact agreements, unjust enrichment, tortious interference with contract, violations of the New York State Prompt Pay Law, and third-party beneficiary breach of contract, predicated upon Defendant's failure to timely and properly pay in full claims submitted to Defendant by Plaintiffs for medical health care services Plaintiffs provided to Defendant Travelers Company's employees pursuant to a health benefits plan administered by Defendant for the benefit of its employees and others.

    **PLEASE TAKE FURTHER NOTICE** that by this action Plaintiffs seeks monetary damages in an amount to be determined at trial, but not less than $278,278.68, together with interest, and the costs, disbursements, expenses, legal fees, and other allowances of this action, and such other and further relief as the Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE** that if you do not serve a notice of appearance of demand for a complaint within the applicable time limitation stated above, a judgment may be entered against you, by default, for the relief demanded above, together with interest, and the costs, disbursements, legal fees and other allowances of this action, and such other and further relief as the Court deems just and proper.

3355172v.1

This action will be heard in the Supreme Court of the State of New York, County of Nassau. This action is brought in Nassau County because Plaintiffs' principal place of business is located in Nassau County.

Dated: Great Neck, New York
October 29, 2015

> GARFUNKEL WILD, P.C.
> *Attorneys for Plaintiffs*
>
> By: */s/ Roy W. Breitenbach*
> Roy W. Breitenbach
> Colleen M. Tarpey

TO: Travelers Company
One Tower Square, 8MS
Hartford CT 06183